Matter of Attorneys in Violation of Judiciary Law § 468-a (Bonomo) (2025 NY Slip Op 07069)

Matter of Attorneys in Violation of Judiciary Law § 468-a (Bonomo)

2025 NY Slip Op 07069

Decided on December 18, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 18, 2025

PM-281-25
[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Committee on Professional Standards, Now Known as Attorney Grievance Committee for the Third Judicial Department, Petitioner; Virginia Marie Bonomo, Respondent. (Attorney Registration No. 2339588.)

Calendar Date:November 24, 2025

Before:Clark, J.P., Pritzker, Lynch, Powers and Corcoran, JJ., concur. 

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.
Virginia Marie Bonomo, Dallas, Texas, respondent pro se.

Motion by respondent for an order reinstating her to the practice of law following her suspension by January 2014 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 113 AD3d 1020, 1025 [3d Dept 2014]; see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).
Upon reading respondent's notice of motion and affidavit with exhibits sworn to October 17, 2025 and the November 20, 2025 responsive correspondence from the Attorney Grievance Committee for the Third Judicial Department, and having determined that respondent has not demonstrated, by clear and convincing evidence, her compliance with the rules of this Court (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16 [a]; Rules of App Div, 3d Dept [22 NYCRR] § 806.16 [c] [5]), respondent's motion for reinstatement is denied.
ORDERED that respondent's motion for reinstatement is denied.
Clark, J.P., Pritzker, Lynch, Powers and Corcoran, JJ., concur.